H. Larry Elam III (SBN 178836)
LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, California  94598
Telephone: (925) 465-5151
Facsimile: (925) 465-5152
E-mail:  mailto:larry@elamfirm.com

Attorneys for Plaintiff DOAA VOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOAA VOLLMAR,<br><br>PLAINTIFF,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation and DOES 1-20,<br><br>DEFENDANTS. | CASE NO: C-11-0629-MMC<br><br>**[PROPOSED] ORDER ON APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER** |

On Wednesday, April 11, 2012, Counsel for Plaintiff DOAA VOLLMAR ("Plaintiff") filed an Application for Order Shortening Time for Hearing on Motion to Modify Pretrial Preparation Order.  The Court having considered Plaintiff's Application and the supporting Memorandum of Points and Authorities and Declaration submitted therewith, and good cause for the issuance of the requested relief appearing,

IT IS ORDERED THAT:

The Application for an Order Shortening Time is hereby GRANTED, as set forth below:

1.  Plaintiff's Motion shall be electronically served and filed ~~on or before ___:___ _.m.~~ on April 13, 2012.

    *By agreement of the parties:*
2.  Hearing on Plaintiff's Motion shall commence on April 13, 2012, at 10:00 a.m. in ~~Magistrate~~ Judge Chesney's courtroom.

3.  Opposition to Plaintiff's Motion shall be ~~electronically filed on or before April ___, 2012 at ___:___ _.m.~~ made orally at the hearing.

4.  ~~Any Reply to the Opposition shall be filed on or before April ___, 2012 at ___:___ _.m.~~

Dated: April 13, 2012

_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON APPLICATION FOR ORDER SHORTENING TIME**

LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, CA 94596
Tel: (925) 465-5151
Fax: (925) 465-5152