E-filing

H. Larry Elam III (SBN 178836)
LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, California 94598
Telephone: (925) 465-5151
Facsimile: (925) 465-5152
E-mail: mailto:larry@elamfirm.com

Attorneys for Plaintiff DOAA VOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOAA VOLLMAR,<br><br>PLAINTIFF,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation and DOES 1-20,<br><br>DEFENDANTS. | CASE NO: C-11-0629-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY PRETRIAL PREPARATION ORDER |

The Court having considered Plaintiff's Motion seeking an order to modify the Pretrial Preparation Order, dated May 27, 2011, and the supporting Memorandum of Points and Authorities and Declaration submitted therewith, and good cause for the issuance of the requested relief appearing,

IT IS ORDERED THAT:

1. NON-EXPERT DISCOVERY cutoff shall be May 31, 2012;
2. DISPOSITIVE MOTIONS shall be filed on later than June 29, 2012, and shall be noticed for hearing 35 days thereafter.

Dated: April 13, 2012

UNITED STATES MAGISTRATE JUDGE

- 2 -
[PROPOSED] ORDER GRANTING MOTION TO MODIFY PRETRIAL PREPARATION ORDER