H. Larry Elam III (SBN 178836)
LAW OFFICE OF H. LARRY ELAM III
2977 Ygnacio Valley Road, #267
Walnut Creek, California 94598
Telephone: (925) 465-5151
Facsimile: (925) 465-5152
E-mail: larry@elamfirm.com

Attorneys for Plaintiff DOAA VOLLMAR

Mitchell F. Boomer (State Bar No. 121441)
Douglas M. Bria (State Bar No. 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: briad@jacksonlewis.com

Attorneys for INTERNATIONAL BUSINESS MACHINES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DOAA VOLLMAR,<br><br>PLAINTIFF,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation and DOES 1-20,<br><br>DEFENDANTS. | CASE NO: C-11-0629-MMC<br><br>**STIPULATION OF DISMSSAL AND ORDER** |
|---|---|

Plaintiff DOAA VOLLMAR ("Plaintiff") and Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION (hereinafter, "Defendant") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. On January 10, 2011, Plaintiff commenced this lawsuit against Defendant in the Superior Court of Contra Costa County, Case No. C-11-00067.

2. Defendant removed the State Court action to this court on February 10, 2011.

3. Plaintiff now moves to voluntarily dismiss the Fourth Cause of Action (Harassment); the Seventh Cause of Action (Breach of Implied in Fact Contract); the Eighth Cause of Action (Breach of Implied Covenant of Good Faith and Fair Dealings); and her request for punitive damages as contained in Complaint at paragraphs 40, 50, 60, 72, 78, 88, and 99 and in her prayer for relief.

4. Defendant, who has served an answer agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suite based on or including the same claims as those presented in this case.

9. The dismissal is with prejudice.

Dated:  June 15, 2011                    LAW OFFICE OF H. LARRY ELAM III


/s/ *H. Larry Elam*
H. Larry Elam III

Attorneys for Plaintiff DOAA VOLLMAR

Dated:  June 15, 2011                    JACKSON LEWIS LLP


/s/ *Mitchell F. Boomer*
Mitchell F. Boomer

Attorneys for Defendant INTERNATIONAL BUSINESS MACHINES COMPANY

## **ORDER ON STIPULATION OF DISMISSAL**

After considering the Parties stipulation of dismissal, the Court GRANTS the stipulation and dismisses the Fourth, Seventh and Eighth Causes of Action and the request for punitive damages with prejudice.

SIGNED on _____July 2, 2012_____

_____
HON. MAXINE M. CHESNEY
UNITED STATES. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*/s/ H. Larry Elam*
H. Larry Elam III
Attorneys for Plaintiff DOAA VOLLMAR