IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOAA VOLLMAR,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation and DOES 1-20,<br><br>        Defendants.<br>_____ / | No. C-11-0629 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On July 20, 2012, defendant International Business Machines Corporation ("IBM") electronically filed its Reply to plaintiff Doaa Vollmar's Motion for Summary Judgment. IBM has violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      IBM is hereby ORDERED to comply with the Civil Local Rules of this District and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. IBM is hereby advised that if it fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-

1 | filed document of which a chambers copy has not been timely provided to the Court.
2 | **IT IS SO ORDERED.**
3 |
4 | Dated: July 26, 2012

MAXINE M. CHESNEY
United States District Judge