IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOAA VOLLMAR,

        Plaintiff,

  v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation and DOES 1-20,

        Defendants.

No. CV- 11-0629 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

IBM's Motion for Summary Judgment is hereby GRANTED.

Dated: August 29, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk